**Order entered September 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01486-CR
No. 05-13-01487-CR

**KENNETH RAY TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-51238-H & F13-51239-H**

## ORDER

We **GRANT** the State's September 15, 2014 motion to extend time to file its brief and request to present oral argument. The State's brief, received on September 15, 2014, is **ORDERED** timely filed as of the date of this order. The State shall be permitted to present oral argument when the cases are submitted on October 8, 2014.

/s/     MOLLY FRANCIS
PRESIDING JUSTICE